RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada Stater Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for James Moore

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES MOORE,<br><br>    Defendant. | Case No. 2:16-cr-325-JCM-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Patrick Burns, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong , Assistant Federal Public Defender, counsel for James Moore, that the Sentencing Hearing currently scheduled on July 18, 2019 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel needs additional time to prepare for Mr. Moore's sentencing.

2. Mr. Moore's partner wishes to attend the sentencing and will not be able to leave work on July 18, 2019. Her days off from work are Tuesdays and Wednesdays.

3. The defendant is in custody and does not oppose a continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 16th day of July, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Andrew Wong*<br>By_____ | */s/ Patrick Burns*<br>By_____ |
| ANDREW WONG<br>Assistant Federal Public Defender | PATRICK BURNS<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-325-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES MOORE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, July 18, 2019 at 10:00 a.m., be vacated and continued to August 27, 2019 at the hour of 10:30 a.m.

DATED this 17th day of July, 2019.

_James C. Mahan_
UNITED STATES DISTRICT JUDGE