RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANNIE J. YOUCHAH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Annie_Youchah@fd.org

Attorney for James Moore

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MOORE,<br><br>Defendant. | Case No. 2:16-cr-00325-JCM-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Annie J. Youchah, Assistant Federal Public Defender, counsel for James Moore, that the Preliminary Hearing currently scheduled on July 16, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Counsel requires additional time to meet and confer with defendant, who requires an ASL translator, prior to the preliminary hearing.

2. Defendant is incarcerated.

This is the first request for continuance filed herein.

DATED this 14th day of July, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Annie J. Youchah*<br>By_____<br>ANNIE J. YOUCHAH<br>Assistant Federal Public Defender | */s/ Jim W. Fang*<br>By_____<br>JIM W. FANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES MOORE,<br><br>　　　　Defendant. | Case No. 2:16-cr-00325-JCM-NJK<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on July 16, 2021 at the hour of 2:00 p.m., be vacated and continued to July 26, 2021, at 11:00 a.m. in Courtroom 3C.

DATED this 15th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE