# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>JAMES MOORE,<br><br>             Defendant. | Case No.: 2:16-cr-00325-JCM-NJK<br><br>**ORDER**<br><br>(Docket No. 51) |

Defendant James Moore is scheduled for a Hearing re Revocation of Supervised Release before United States District Judge James C. Mahan on August 26, 2021. Docket No. 47. Pursuant to Fed.R.Crim.P. 32.1(b)(1), the undersigned set a preliminary hearing on the matter for August 10, 2021. Docket No. 50.

The purpose of the preliminary hearing is to determine whether probable cause exists for the revocation hearing. Fed.R.Crim.P. 32.1(b)(1)(C). Further, Defendant may waive the preliminary hearing and proceed directly to the revocation hearing. Fed.R.Crim.P. 32.1(b)(1)(A).

The parties have now filed a stipulation to continue the preliminary hearing to a date at least 45 days from August 10, 2021. Docket No. 51. Granting the parties' request would cause the Court to conduct the preliminary hearing after the revocation hearing, which is nonsensical.

Accordingly, the parties' stipulation, Docket No. 51, is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: August 4, 2021.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE