RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANNIE J. YOUCHAH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Annie_Youchah@fd.org

Attorney for James Moore

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JAMES MOORE,<br><br>           Defendant. | Case No. 2:16-cr-00325-JCM-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Annie J. Youchah, Assistant Federal Public Defender, counsel for James Moore, that the Preliminary Hearing currently scheduled on August 10, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Counsel requires additional time to meet and confer with defendant, who requires an ASL translator, prior to the preliminary hearing. Additionally, the revocation hearing in this case has been continued to October 13, 2021.

Case 2:16-cr-00325-JCM-NJK   Document 59   Filed 08/09/21   Page 2 of 3

2. Defendant is incarcerated.

3. The parties agree to the continuance.

This is the fourth request for continuance filed herein.

DATED this 6th day of August, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Annie J. Youchah<br>By_____<br>ANNIE J. YOUCHAH<br>Assistant Federal Public Defender | /s/ Jim W. Fang<br>By_____<br>JIM W. FANG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00325-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES MOORE, | |
| Defendant. | |

   Based on the Stipulation of counsel and good cause appearing,

   IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August 10, 2021 at the hour of 10:00 a.m., be vacated and continued to September 27, 2021, at 10:00 a.m.

   DATED this 9th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE