# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MOORE,<br><br>Defendant. | Case No.: 2:16-cr-00325-JCM-NJK<br><br>**Order Setting Hearing**<br><br>(Docket No. 62) |

Pending before the Court is Defendant's counsel's motion for a status hearing, which the Court **GRANTS**. Docket No. 62.

IT IS HEREBY ORDERED that the Court sets a hearing on this motion for September 24, 2021, at 9:00 a.m., in Courtroom 3C.

IT IS FURTHER ORDERED that all counsel must be present in the courtroom.

IT IS FURTHER ORDERED that Defendant, who is in custody at the Nevada Southern Detention Center, must be transported to the courtroom to be personally present for the hearing. Prior to his transport, Defendant must comply in full with the United States Marshal's COVID-19 testing and quarantine protocol.

IT IS SO ORDERED.

DATED: September 3, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE