RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ANNIE J. YOUCHAH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Annie_Youchah@fd.org

Attorney for James Moore

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES MOORE,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00325-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Annie J. Youchah, Assistant Federal Public Defender, counsel for James Moore, that the Revocation Hearing currently scheduled on October 13, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel requires additional time to meet and confer with defendant, who requires an ASL translator and was unavailable for a period of time, prior to the revocation hearing.

2. Defendant is incarcerated

This is the second request for a continuance of the revocation hearing.

DATED this 24th day of September, 2021.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| /s/ Annie J. Youchah<br>By_____<br>ANNIE J. YOUCHAH<br>Assistant Federal Public Defender | /s/ Jim W. Fang<br>By_____<br>JIM W. FANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES MOORE,<br><br>        Defendant. | Case No. 2:16-cr-00325-JCM-NJK<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, October 13, 2021 at 11:00 a.m., be vacated and continued to December 15, 2021 at the hour of 10:00 a.m.

    DATED September 24, 2021.

_____
UNITED STATES DISTRICT JUDGE

3