```
1    CHRISTOPHER S. MISHLER, ESQ. (14402)
2    BROWN MISHLER, PLLC
     911 N. Buffalo Dr., Ste. 202
3    Las Vegas, Nevada 89104
     Tel: (702) 816-2200
4    Email: CMishler@BrownMishler.com
5    *Attorney for Defendant*
     *James Moore*
6
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00325-JCM-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Third Request) |
| JAMES MOORE, | |
| Defendant. | |

 IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Mishler, counsel for James Moore, Christopher Chiou, Acting United States Attorney, and Jim Fang, Assistant United States Attorney, counsel for the United States of America, that the revocation hearing currently scheduled for December 15, 2021, at 10:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

 The Stipulation is entered into for the following reasons:

 1. Counsel for the defendant has changed and new counsel needs additional time to obtain and review the case file from previous counsel.

 2. Counsel requires additional time to discuss the case with defendant.

 3. The defendant is detained and agrees to the continuance.

4.     The parties agree to the continuance.

5.     The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

6.     Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third stipulation to continue filed herein.

DATED this 10th day of December, 2021.

By /s/ Christopher Mishler
CHRISTOPHER MISHLER
Counsel for James Moore

CHRISTOPHER CHIOU
Acting United States Attorney

By /s/ Jim Fang
JIM FANG
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00325-JCM-NJK |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| v. | |
| JAMES MOORE, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to obtain and review the case file and discovery.

2. The defendant is detained and agrees to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

## CONCLUSIONS OF LAW

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

3

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 15, 2021, at the hour of 10:00 a.m., be vacated and continued to Friday, February 25, 2022 at the hour of 10:00 a.m.

DATED December 13, 2021.

_____
UNITED STATES DISTRICT JUDGE