CHRISTOPHER S. MISHLER, ESQ. (14402)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Email: CMishler@BrownMishler.com
*Attorney for Defendant*
*James Moore*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES MOORE,<br><br>    Defendant. | Case No. 2:16-cr-00325-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Mishler, counsel for James Moore, Christopher Chiou, Acting United States Attorney, and Jim Fang, Assistant United States Attorney, counsel for the United States of America, that the revocation hearing currently scheduled for February 25, 2022, at 10:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. Defendant is deaf which has created difficulty in communicating with client regularly and discussing the case.

2. Counsel requires additional time to discuss the case with defendant.

3. The defendant is detained and agrees to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth stipulation to continue filed herein.

DATED this 15th day of February, 2022.

By /s/ *Christopher Mishler*
CHRISTOPHER MISHLER
Counsel for James Moore

CHRISTOPHER CHIOU
Acting United States Attorney

By /s/ *Jim Fang*
JIM FANG
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JAMES MOORE,<br><br>            Defendant. | Case No. 2:16-cr-00325-JCM-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to effectively communicate with defendant regarding the case and discuss how to proceed with hearing.

2. The defendant is detained and agrees to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

## **ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 25, 2022, at the hour of 10:00 a.m., be vacated and continued to **May 25, 2022**, at the hour of **10:30 a.m.**

DATED February 17, 2022.

_____
UNITED STATES DISTRICT JUDGE